DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of P.C., J.C., and M.C., children.
_____

M.C.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES, and GUARDIAN AD
LITEM OFFICE,

Appellees.

No. 2D2025-1337

_____

December 17, 2025

Appeal from the Circuit Court for Hillsborough County; Lisa D.
Campbell, Judge.

Ricky S. Parwani of Parwani Law, P.A., Tampa, for Appellant.

Mary Soorus, Children's Legal Services, Tampa, for Appellee Department
of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, and
Sarah Todd Weitz, Senior Attorney, Tallahassee, for Appellee Statewide
Guardian Ad Litem Office.


PER CURIAM.

   Affirmed.

NORTHCUTT, KHOUZAM, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.